IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER NELSON PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 7:17-cv-00007 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| WILLIAM WILSON, *et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED as follows:

1) Defendants' motion for summary judgment (Dkt. No. 30.) is GRANTED.

2) Plaintiff's motion for injunctive relief (Dkt. No. 34.) is DENIED.

3) The Clerk is directed to strike this matter from the active docket, and shall send a copy of this order and the memorandum opinion to all parties of record.

Entered: March 28, 2018.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge